IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/15/2007

| | |
|---|---|
| IN RE: § | |
| § | |
| JAMES WELDON MADDOX, § | CASE NO. 06-34754-H5-7 |
| § | (Chapter 7) |
| Debtor. § | |
| § | |

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE SETTLEMENT OF EXEMPTION OBJECTION AND SALE OF NON-EXEMPT PROPERTY**
(This Order Relates to Docket No. 72 )

CAME ON FOR CONSIDERATION the Motion to Approve Settlement of Exemption Objection and Sale of Non-Exempt Property (the "Motion") filed by Robin Russell, Chapter 7 Trustee (the "Trustee"), and it appearing that the relief requested in the Motion should be granted, it is hereby

ORDERED that the Motion is granted, and the settlement and sale are approved in all respects on the terms set forth in the Motion. It is further

ORDERED that the Trustee and the Debtor are authorized to execute such documents and take such actions required to consummate the settlement and sale without further order of this Court.

DATED this 15 day of August, 2007

UNITED STATES BANKRUPTCY JUDGE

HOU:2710522.1