UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JAMES WELDON MADDOX | § | CASE NO.  06-34754-h5-7 |
| | § | Chapter  7 |
| | § | |
| Debtor | § | |

**ORDER ENTERING AGREED JUDGMENTS**
**[Docket No. ____]**

Plaintiffs Allen Hom, Trustee and RMCS, LLC ("Plaintiffs") and Defendant James Maddox ("Maddox") have moved this Court for an order to enter agreed judgments.  It appears that notice of the Motion was good and sufficient and no objections were timely filed.  Thus, the Court is of the opinion that the Motion should be granted.  Therefore, it is

ORDERED that the Agreed Judgment attached as Exhibit "A" between James Maddox and Plaintiff, Allen Hom, Trustee shall be entered.  It is also

ORDERED that the Agreed Judgment attached as Exhibit "B" between James Maddox and Plaintiff, RMCS, LLC shall be entered.

SIGNED _____

_____
UNITED STATES BANKRUPTCY JUDGE