UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JAMES WELDON MADDOX | § | CASE NO. 06-34754-h5-7 |
| | § | Chapter 7 |
| | § | |
| Debtor | § | |
| | § | |
| RMCS, L.L.C., ALLEN HOM, Trustee, | § | |
| And FARACRES, LLC, | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 07-03207 |
| | § | |
| JAMES MADDOX, Debtor | § | |
| | § | |
| Defendant. | § | |

## AGREED JUDGMENT

On this date, the parties in the above numbered and entitled case advised the Court that they are in agreement that an Agreed Judgment should be entered in favor of Plaintiff ALLEN HOM, Trustee. This Agreed Judgment shall constitute a compromise of Plaintiff ALLEN HOM, Trustee's claims against Defendant JAMES MADDOX arising under 11 U.S.C. § 727. Having considered the premises, this Court finds that this Agreed Judgment should be entered as requested. It is, therefore,

**ORDERED, ADJUDGED and DECREED** that in compromise of his claims against Defendant JAMES MADDOX arising under 11 U.S.C. § 727, Plaintiff ALLEN HOM, Trustee shall have judgment against Defendant JAMES MADDOX for actual damages in the principal amount of EIGHT HUNDRED THOUSAND AND 00/100 DOLLARS ($800,000.00). It is further,

**ORDERED, ADJUDGED and DECREED** that pre-judgment interest at the rate of six percent (6%) per annum shall accrue on all sums in this Agreed Judgment. It is further,

**ORDERED, ADJUDGED and DECREED** that post-judgment interest at the rate of six percent (6%) per annum shall accrue on all sums in this Agreed Judgment. It is further,

**ORDERED, ADJUDGED and DECREED** that this judgment shall be non-dischargeable pursuant to 11 U.S.C. § 523. It is further,

**ORDERED, ADJUDGED and DECREED** Plaintiff ALLEN HOM, Trustee shall be allowed such writs and processes as may be necessary in the enforcement and collection of this Judgment.

All relief not expressly granted herein is **DENIED**.

SIGNED this _____ day of _____, 2008.

_____
JUDGE PRESIDING

APPROVED AS TO FORM AND SUBSTANCE:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: _/s/ Hugh M. Ray, III_____
    HUGH M. RAY, III
    State Bar No. 24004246
    CAROLYN J. SHULMAN
    State Bar No. 24056321
    11 Greenway Plaza, Suite 1400
    Houston, Texas 77046
    Telephone: (713) 961-9045
    Facsimile: (713) 961-5341

ATTORNEYS FOR PLAINTIFFS
RMCS, L.L.C. AND ALLEN HOM, TRUSTEE

{SHU008\00001\0477923.DOC;1\CJS}

LAW OFFICE OF KEAVIN D. MCDONALD, P.C.

By: _____
KEAVIN D. MCDONALD
State Bar No. 13551200
4543 Post Oak Place, Ste. 106
Houston, Texas 77027
Telephone: (832) 615-5421
Facsimile: (832) 615-5467

ATTORNEYS FOR DEFENDANT
JAMES MADDOX

{SHU008\00001\0477923.DOC;1\CJS}